# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **LAWRENCE SIDES** | } | |
| | } | |
| Plaintiff, | } | |
| | } | |
| v. | } | CASE NO:2:13-cv-122-KOB |
| | } | |
| **BARRY A. FRIEDMAN & ASSOCIATES, P.C.,** | } | |
| | } | |
| Defendant. | } | |

### ORDER OF DISMISSAL

The court, having been advised that a settlement has been reached, DISMISSES this case WITHOUT PREJUDICE to reinstatement if any party represents to the court **on or before July 15, 2013**, that final settlement documentation could not be completed.

**DONE** and **ORDERED** this 15th day of April, 2013.



KARON OWEN BOWDRE
UNITED STATES DISTRICT JUDGE